

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2-21CR-069-Z |
| VICTOR CHAVEZ, JR. | |

## INDICTMENT

The Grand Jury Charges:

### Count One
### Possession with Intent to Distribute
### 500 Grams or More of Methamphetamine
### (Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii))

On or about July 27, 2021, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Victor Chavez, Jr.**, defendant, did intentionally and knowingly distribute and possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

**Victor Chavez, Jr.**
Indictment - Page 1

A TRUE BILL:

_____
FOREPERSON

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

_____
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar No. 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446

Telephone:   806-324-2356
Facsimile:   806-324-2399
E-Mail:      anna.bell@usdoj.gov

Victor Chavez, Jr.
Indictment - Page 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

VICTOR CHAVEZ, JR.

INDICTMENT

COUNT 1: POSSESSION WITH INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF METHAMPHETAMINE
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

(1 COUNT)

A true bill rendered:

Amarillo _____ *[signature]* Foreperson

Filed in open court this 26th day of August A.D. 2021.

_____ Clerk

WARRANT TO BE ISSUED

*[signature]*
UNITED STATES MAGISTRATE JUDGE