UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | No. 2:21-CR-069-Z |
| VICTOR CHAVEZ, JR. | § | |

## WAIVER OF DETENTION HEARING

I, Victor Chavez, Jr., Defendant, do hereby declare that I have been arrested and taken before Honorable Lee Ann Reno, United State Magistrate Judge, for my Initial Appearance.

I was informed of my right to a Detention Hearing by the Magistrate Judge. I do hereby waive a Detention Hearing. I agree the Court may enter an Order of Detention based solely on the charging document filed herein. I understand and agree that the Detention Order will find there is clear and convincing evidence to detain me without setting a bond.

I did not and do not intend hereby to waive my right at a later date to file a motion seeking release on conditions and a bond. I understand that the motion must meet the requirements of 18 U.S.C. §3142(f) in order for a hearing to be held.[1]

---

[1] If the request for a new detention hearing after waiver is filed after trial or plea but before sentencing, then 18 U.S.C. §3143 is the applicable statue.

This Wavier was made with advice from counsel.

DATED this 31st of August 2021.

                                                          Defendant, Victor Chavez, Jr.

                                                          Lorren L Lucero
                                                          Attorney for Defendant